

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Samuel Espinoza Rodriguez v. The State of Texas

Appellate case number:   01-13-00448-CR

Trial court case number:  1356099

Trial court:             182nd District Court of Harris County

It is ordered that Appellant's Motion for Rehearing is **denied**.

Justice's signature: /s/ Rebeca Huddle
                    Acting for the Court

Panel consists of:   Justices Keyes, Huddle, and Lloyd


Date: June 23, 2016